NO FEE DUE
GOV'T CODE § 6103

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
    E-Mail: akcatty@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendants
COUNTY OF RIVERSIDE and
THOMAS McCAMMON

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONALD K. FRYER, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. CV 12-01528-OP<br><br>[Proposed] **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Oswald Parada<br><br>Trial Date:   None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED, IT IS ORDERED:

1.  The entire action is dismissed with prejudice.
2.  All parties and counsel waive the recovery of any costs or attorneys' fees incurred in this action, including but not limited to claims arising under 42 USC Sec. 1988.

///
///
///
///
///

[Proposed] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 22, 2014

*[signature]*

Hon. Oswald Parada,
UNITED STATES MAGISTRATE JUDGE

# FEDERAL COURT PROOF OF SERVICE

Fryer v County of Riverside - File No. 24897.422

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 20 2014, I served the following document(s): [Proposed] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Dale K. Galipo, Esquire
21800 Burbank Boulevard,
Suite 310
Woodland Hills, California  91367
818-347-3333
818-347-4118 (facsimile)
dalekgalipo@yahoo.com
**Attorneys for Plaintiffs**
**DONALD K. FRYER and MYNDA FRYER**

Jubin Sharifi, Esquire
1875 Century Park East, Suite 600
Los Angeles, California  90067
323-848-9904
323-848-9905 (facsimile)
**Attorneys for Plaintiffs**
**DONALD K. FRYER and MYNDA FRYER**

John C. Fattahi, Esquire
LAW OFFICE OF JOHN C. FATTAHI
1010 North Central Avenue
Glendale, California  91202
818-839-1983
818-561-3600 (facsimile)
**Attorneys for Plaintiffs**
**DONALD K. FRYER and MYNDA FRYER**

The documents were served by the following means:

☒   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of

America and the State of California that the foregoing is true and correct.

Executed on May 20, 2014, at San Bernardino, California.

_____
Sharon D. Moore

[Proposed] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE